UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KRISTIN FISHER,

          Plaintiff,

    v.

CONAX TECHNOLOGIES LLC,

          Defendant.
_____

**STIPULATION OF DISMISSAL**

Civil Action No.:
1:14-CV-913S(F)

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all the parties hereto, that this action is hereby dismissed in its entirety with prejudice and without costs or fees to any party; provided, however, that plaintiff may move to reopen the case if the settlement payment is not made within 90 days after the filing of this Stipulation.

Dated:  Buffalo, New York
          June 8, 2016

PHILLIPS LYTLE LLP

By:    /s/ James D. Donathen
       James D. Donathen, Esq.

Attorneys for Defendant

One Canalside
125 Main Street
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400
jdonathen@phillipslytle.com

                WEBSTER SZANYI LLP

                By:_____/s/ Ryan G. Smith_____
                        Ryan G. Smith, Esq.

                Attorneys for Plaintiff

                1400 Liberty Building
                Buffalo, New York 14202
                (716) 842-2800
                rsmith@websterszanyi.com

SO ORDERED:


_____
WILLIAM M. SKRETNY, U.S.D.J.


Doc #01-2957714.1